# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MIDFIRST BANK

VERSUS

SHAWN GOODMAN A/K/A SHAWN
WESLEY GOODMAN, VICTORIA L.
WRIGHT AND SHAWN WESLEY
GOODMAN AS THE TRUSTEE OF
THE RUNAKA EXPRESS TRUST
D/B/A RUNAKA EXPRESS TRUST
ENTERPRISES

NO. 2024 CW 0092

**MARCH 13, 2024**

---

In Re: Shawn Goodman a/k/a Shawn Wesley Goodman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 730375.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include an index of all items with corresponding page numbers, a concise statement of the case, including the status of the case and any trial dates or hearing dates that are pending, the issues and questions of law presented for determination, assignments or specifications of errors and brief in support of the application, a copy of the judgment, order or ruling complained of, a copy of the judge's reasons for judgment, order or ruling (if written), a copy of each pleading on which the judgment, order or ruling was founded, including the petition and the motion, memorandum and attachments, a copy of any opposition and any attachments thereto, and a copy of pertinent court minutes. Moreover, the writ application should include all evidence introduced and/or proffered at the November 13, 2023 hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before April 12, 2024, and must contain a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT